Stella L. MATHEWS, Respondent,

v.

Harold W. MATHEWS, Jr., Appellant.

No. WD 40841.

Missouri Court of Appeals,
Western District.

Aug. 29, 1989.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 3, 1989.

Application to Transfer Denied
Nov. 14, 1989.

Richard E. McFadin and F.A. White, Jr., Kansas City, for appellant.

Kevin Stuart Cavanaugh, Kansas City, for respondent.

Before FENNER, P.J., and
SHANGLER and BERREY, JJ.

**756**

## ORDER

PER CURIAM.

Appeal from final decree in dissolution of marriage action.

Judgment affirmed.   Rule 84.16(b).